**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**ASHLAND DIVISION**

BURKE & HERBERT BANK & TRUST COMPANY,

      PLAINTIFF,

vs.                                                 **CIVIL CASE NO. 26-CV-00032**

BARE ARMS LIMITED LIABILITY COMPANY;
WILLIAM H. BARE; and
CHRISTY N. BARE,

      DEFENDANTS

---

**EMERGENCY MOTION FOR APPOINTMENT**
**OF RECEIVER AND RELATED RELIEF**

---

Plaintiff, Burke & Herbert Bank & Trust Company, successor by merger with Summit Community Bank ("B&H"), by and through counsel, respectfully submits this Emergency Motion for Appointment of Receiver and Related Relief pursuant to Rule 66 of the Federal Rules of Civil Procedure, the applicable loan documents and/or KRS § 425.600, seeking the appointment of a receiver for the Real Property and Collateral as defined in the Memorandum of Law accompanying and submitted in support of this Motion.

Dated: January 29, 2026.               Respectfully submitted,

                                    DINSMORE & SHOHL LLP

                                  /s/ Martin B. Tucker
                                  Martin B. Tucker, Esq. (KBA #89992)
                                  100 West Main Street, Suite 900
                                  Lexington, Kentucky  40507
                                  Tel:  (859) 425-1000
                                  Fax:  (859) 425-1099
                                  E-mail: martin.tucker@dinsmore.com
                                  *Attorneys for Plaintiff,*
                                  *Burke & Herbert Bank & Trust Company*

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing was served this the 29th day of January, 2026, electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures upon all parties in the electronic filing system in this case, and also served via Overnight Mail upon the following:

J. Christian Dennery, Esq.
Dennery PLLC
7310 Turfway Road, Ste. 550
Florence, KY 41042

Bare Arms Limited Liability Company
c/o William H Bare, Registered Agent
3502 Winchester Ave
Ashland, KY, 41101

William H. Bare
94 Private Drive 11202
Chesapeake, OH 45619

Christy O. Bare
94 Private Drive 11202
Chesapeake, OH 45619

/s/ Martin B. Tucker
*Attorney for Plaintiff*
*Burke & Herbert Bank & Trust Company*