# EXHIBIT D



Southeast Property Management believes lenders, special servicers and owners of troubled commercial properties can benefit from our experience as a successful owner/developer.   We have offered solutions to others controlling over 3 million square feet of real estate by providing property management, HOA management, receivership services, leasing and disposition of assets for various institutions throughout the country. We view challenges as opportunities for success. Southeast Property Management's Asset Managers utilize custom designed strategies to streamline properties, eliminating the typical unnecessary expenses spent by distressed owners and developers while maximizing value.

Southeast Property Management prides itself on combining "big firm" expertise with the personalized service of a boutique firm. It is our belief that conducting an independent asset review of troubled properties can prevent loan defaults and nonaccruals long before it is necessary to consider discounted note sales or foreclosures. Critical, real-time assessments of loan collateral can lower the amount of loss ultimately written off on watch list facilities and provide realistic, long-term alternative exit strategies to lenders, special servicers, and property investors.

Our experienced asset managers' assistance provides time to both lenders and borrowers to negotiate viable and mutually beneficial work out plans and other forward thinking programs. We hear from lenders repeatedly that they often face scenarios where they are unsure whether to stay with a borrower, or pursue foreclosure and receivership. While lenders may be confident the borrower is honest, they may be unsure of the owner's management capabilities and often are uncertain of the best long-term exit strategy option.

## Our services include, but are not limited to:

- Litigation support
- Obtain and Review Financial Records
- Assist with all Tax Auditing and Tax Preparation
- Audit Insurance Policies
- Obtain Bank and all other Corporate Records.  Report the same.
- Create and Establish New Accounting Systems
- Mediation of final settlement agreements with borrowers / business partnerships
- Property Condition and Inspection Services
- Prepare Financial Reports for Properties and Corporate Entities
- Property Management Services
- Review of leasing and marketing efforts
- Professional receivership services
- Consultation on existing loan provision impacts and refinancing options
- Review of operating costs
- National and local tenant leasing analysis
- Finishing uncompleted development and construction activities
- Resolving disputes with construction lien holders in an intelligent and mutually beneficial manner
- Devising partial out lot (re)development and other value recovery strategies
- Pursuing real estate tax appeals (fee or contingent basis)
- Lease up bringing property to stabilization
- Full resale brokerage and marketing including loan procurement assistance to qualified buyers

For additional information, please contact Mark Rubin.
859-509-0909
mark@rubinproperties.net



## Mark Rubin – Principal

Mark Rubin has worked in real estate for the past 25 years, specializing in development, property management, bank financing, tenant representation and leasing.  His affiliations with more than 14 million square feet of commercial real estate have led to relationships with leasing, brokerage, HOA and subdivision management, lending and management industries throughout the United States and internationally.

Rubin also consults with numerous banks and lenders providing asset management and receivership services to help protect asset values. After moving to Kentucky 26 years ago, Rubin formed Southeast Property Management (SEPM) for the purpose of managing assets and offering this service to third party developers. He has personally completed over $1.2 billion in real estate transactions. Rubin currently manages approximately 3 million square feet of retail, medical, residential, industrial and office space for various partnerships, lenders, and other developers.

Rubin provides sufficient surety with the courts to protect each property under his receivership.  For such insurance verification, please call Mary Elliott with Energy Insurance at (859) 273-1549.

## Executive Management Team

Rubin currently utilizes a staff of 9 employees to assist in his Receivership, asset management and leasing efforts.  Some of the key executives and their specialties are listed below:

### Melonie Atkerson – Vice President of Property Management and Lease Administration

Melonie has been with Southeast Property Management for over 20 years. Part of her role is the management of HOA's, working with municipalities and their requirements during privatization and assisting in the transition of turning subdivisions over to the city while forming HOA's within the community. Additionally, Mrs. Atkerson has managed several million square feet of commercial real estate, assisted Mr. Rubin in the audits of properties and reporting of his Receivership services, managed new development / construction projects and handled countless lease negotiations.



### Donna Monarch – Director of Accounting

Mrs. Monarch has been with the Company for thirteen years.  She manages the financial aspects of the properties and is responsible for all reporting.   She has had years of experience performing accounting for other successful businesses.

### Briana Stiff  -  Vice President Leasing and Investment Sales

Briana specializes in leasing and investment sales with over $325 million in transactions completed.  Her vast marketing skills including social media, public relations, research and development and networking with potential tenants and buyers have played an integral part in her success.

### Vicente Munoz – Senior Custodian

Mr. Munoz has been with the Company since its inception.  Formerly in construction, he has a vast understanding of all mechanicals of a building and is a great problem solver relating to property maintenance issues.  Vicente manages a maintenance team handling property throughout the states of Kentucky and Ohio.



## References

The following list details a few of the individuals Rubin has worked with in a receivership and/or asset management capacity:

Honorable Judge Pamela Goodwine
5th Supreme Court District
120 North Limestone Street, C103
Lexington, KY 40507
 (859) 246-2216

Honorable Judge Kimberly Bunnell
Fayette Circuit Court, Division 4
120 North Limestone Street, C103
Lexington, KY 40507
(859) 246-2216

Wayne Hancock -  In house Counsel
Community Trust Bank
346 N Mayo Trail
Pikeville, KY 41501
(606) 432-1414

Wade Jefferson – Frost Brown Todd
250 W. Main St, Suite 2700
Lexington, KY 40507
(859) 244-3266

Daniel Stern - Lormax Stern Properties
38500 Woodward Ave, Suite 200
Bloomfield Hills, MI 48304
(248) 737-7110

Marty Tucker – Dinsmore and Shoal
250 W. Main St, Suite 2700
Lexington, KY 40507
(859) 425-1013

Sabrina Lamiska – Sepcial Assets Mgr,
First Chatham Bank
111 Barnard Street
Savannah, GA 31401
(912) 663-5374

James Coutino – Allen Stovall Neuman &
Ashton, LLP
10 W. Broad St., Suite 2400
Columbus, OH 43215
(614) 221-8500

Amy Geddings – Special Assets Manager,
Truist Bank
3113 Western Branch Blvd
Chesapeake, VA 23321
(757) 398-8055

Tom Shearer – CW Capital Asset Management
5215 North O' Connor Blvd, Suite 350
Irving, TX 75039
(214) 438-6335

**Additional references are available upon request.**

# SOUTHEAST PROPERTY MANAGEMENT

## Properties Under Management

The following list illustrates some of the properties Mark Rubin has recently managed, or currently has under management and/or receivership.

### Litigation Receivership Cases:

Community Trust Bank, Inc v East Point Apartments of Dayton, LLC; Wilmington Trust; et al
In The Court of Common Pleas, Montgomery County, Ohio; Case No. 2025-CV-02479

-       60 unit apartment complex - Dayon, OH

German American Bank v Diversified Tool & Development, Inc; Gerald R. Perry; Patrick Brian Shelton; et al
Madison Circuit Court, Division 1; No. 25-CI-00157

-       24,080 sf industrial building - Richmond, KY

Pacific Private Money, Inc. v Nino Land & Investment Co.; et al
Fayette Circuit Court, Division 8; No. 22-CI-03708

-       16 unit apartment complex – Lexington, KY

Community Trust Bank, Inc. v Faulkner Realty Services, Inc., et al
Perry Circuit Court; No. 25-CI-00015

-       16 apartment units – Hazard, KY
  4 retail shops

Branch Banking & Trust Co. v Gerner and Kearns; et al
Eastern District of Kentucky, Covington Division; No. 19-161-DLB-CJS

-       23,716 sf office building - Florence, KY
-       5 story historical office / residence -  Covington, KY

Community Trust Bank, Inc. v Hatfield Mccoy Car Wash, LLC; W. Keith Hall, Stephanie Hall, Big Sandy / Pikeville LTD partnership and Commonwealth of KY – Dept of Revenue
Pike Circuit Court Division II; No. 16-CI-456

-       Car Wash property and leasehold - Pikeville, KY

# SOUTHEAST PROPERTY MANAGEMENT

*Receivership Cases – Page 2*

All Trade Services, Inc; v Lexington Hospitality Group, LLC; et al
Fayette Circuit Court Division 9; No. 16-CI-04210

- 149 Guest Room Clarion Hotel – Lexington, KY
- 4,000 sf Convention Center
- Bennigan's Restaurant

Community Trust Bank, Inc. v Bob Matthews; et al
Woodford Circuit Court Division 1; No. 13-CI-00032

- 95,000 +/- sf Shopping Center -  Versailles, KY
- 25 multi family properties throughout Frankfort and Versailles, KY, 122 units
- 17,000 sf of office space
- 5 acres Commercial Retail land

Waits/Moore Limited Partnership v Rubloff  Development Group, Inc.; et al
Fayette Circuit Court Division 4; No. 12-CI-2470

- 50,000 sf office building in Lexington, KY


Lisa Curry; et al v Lexington Lofts LLC; et al
Fayette Circuit Court Division 4; No.  11-CI-1716

- Management of HOA
- 81,000 sf residential apartment units
- 125,000 sf industrial warehouse
- 2,000 +/- office


Community Trust Bank, Inc. v Barry Guillion a/k/a Barry D. Guilion ; et al
Nelson Circuit Court Division II; No. 12-CI-00362

- 24 unit apartment complex, Bardstown, KY

Community Trust Bank, Inc. v Melvin Moore; et al
Boyle Circuit Court;  No. 12-CI-394 & Fayette Circuit Court Division 7; No. 12-CI-4140

- Rental duplexes in Danville, KY
- 6 Multifamily properties in Lexington, KY

# SOUTHEAST PROPERTY MANAGEMENT

### Asset / Property Management for Lenders OREO and other 3rd Parties

- Machine Shop and Industrial Warehouse; Cynthiana, KY – 19,208 sf

- Walden Drive Apartments; Lexington, KY – 16 units

- Faulkner Mixed Use Property; Hazard, KY – 16 Apartments & 4 Retail Shops

- Woodhill Circle Plaza Shopping Center; Lexington, KY – 320,240 sf

- Woodhill Office Center; Lexington, KY – 9,000 sf

- Ramada Hotel and Conference Center; Paintsville, KY – 129 Rooms

- Patchen Village Shopping Center; Lexington, KY – 152,526 sf

- Patchen Village Apartments; Lexington, KY - 38 apartment units

- Keene Centre Shopping Center – 41,000 sf

- Hamburg Baptist / Family Practice Medical Building; Lexington, KY – 50,000 sf

- Woodhill Drive Retail Center; Lexington; KY – 25,000 sf

- 9 Dollar General Retail Stores throughout Kentucky

- Richmond Distribution / Industrial Warehouse; Richmond, KY – 62,500 sf

- Codell Industrial Warehouse Park; Lexington, KY – 66,010 sf

- Raven Court Duplex Rental Units, Harrodsburg, KY

- Bank owned portfolio of Rental Properties; Frankfort, KY – 24 units

- 91 Unit Self Storage facility, Frankfort, KY

- Modular home portfolio for lender; multiple homes in Lancaster, Stanton & Danville, KY

- HOA for Violets Trace Subdivision, Georgetown, KY – 184 Homes.

- Represent lender in HOA workout for duplexes and lots in Canewood Subdivision, Georgetown, KY.

- Fountain Court Medical Plaza Lexington, KY - 40,000sf

- Brannon Crossing Medical Building Nicholasville, KY - 30,000sf

*For a list of additional properties or other information, please call*
*Mark Rubin at (859) 509-0909*

**2901 Richmond Road, Suite 140-348**
**Lexington, KY 40509**