UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CIVIL ACTION NO. 0:26-CV-00032-DLB-EBA

BURKE & HERBERT BANK & TRUST COMPANY,                                    PLAINTIFF,

V.                                              **ORDER**

BARE ARMS LIMITED LIABILITY COMPANY, *et al.*,                          DEFENDANTS.

*** *** *** ***

Plaintiff Burke & Herbert Bank & Trust Company (B&H) has moved to continue the hearing on its emergency motion for the appointment of a receiver and related relief, [R. 6], currently scheduled for Thursday, February 12, 2026, in Ashland. [R. 10]. Therefore, having considered the matter,

**IT IS ORDERED** that B&H's motion to continue, [R. 10], is **GRANTED**. The hearing on B&H's emergency motion, [R. 6], is hereby **RESCHEDULED** to **Friday, March 6, 2026, at 11:00 A.M.** at the United States Courthouse in **ASHLAND**, Kentucky.

**IT IS FURTHER ORDERED** that the Clerk is **DIRECTED** to mail the Defendants a copy of this order via certified mail at 94 Private Drive 11202, Chesapeake, Ohio 45619.

Signed February 9, 2026.

**Signed By:**

*Edward B. Atkins*  *EBA*

**United States Magistrate Judge**