**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CIVIL ACTION NO. 26-32-DLB-EBA**

**BURKE & HERBERT**
**BANK & TRUST COMPANY**                                           **PLAINTIFF**


**v.**                                    **ORDER**


**BARE ARMS LLC et al.**                                           **DEFENDANTS**

* * * * * * * * * * * * * * * *

This matter is before the Court upon the March 10, 2026 Report and Recommendation ("R&R") of United States Magistrate Judge Edward B. Atkins (Doc. # 20), wherein he recommends that Plaintiff Burke & Herbert Bank & Trust Company's ("B&H") Emergency Motion to Appoint a Receiver (Doc. # 6) be granted, B&H's oral Motion to Remove the Chesapeake Property from the Scope of Receivership Order, [R. 6-1], without prejudice be granted and that B&H's proposed order be entered with the exception that the Chesapeake Property be removed from the scope of the proposed order without prejudice.

No objections have been filed and time for doing so has passed. The Court having reviewed the R&R and being otherwise sufficiently advised **ORDERS**:

(1) The Report & Recommendation is **ADOPTED** as and for the Order of this Court;

(2) Plaintiff Burke & Herbert Bank & Trust Company's Emergency Motion to Appoint a Receiver (Doc. # 6) is **GRANTED**;

1

(3) Plaintiff Burke & Herbert Bank & Trust Company's oral Motion to Remove the Chesapeake Property from the Scope of Receivership Order (Doc. # 6-1) without prejudice is **GRANTED**; and

(4) The Chesapeake Property is **REMOVED** without prejudice from the Proposed Order (Doc. # 6-1), and the Proposed Order shall be **DEEMED FILED** as of the date of entry of this Order.

This 27th day of March, 2026.



Signed By:

_David L. Bunning_

Chief United States District Judge

G:\Judge-DLB\DATA\ORDERS\Ashland Civil\2026\26-32 Order Adopting R&R.docx