**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CIVIL ACTION NO. 26-32-DLB-EBA**

**BURKE & HERBERT**
**BANK & TRUST COMPANY** **PLAINTIFF**

**v.** **ORDER**

**BARE ARMS LLC et al.** **DEFENDANTS**

* * * * * * * * * * * * * * * *

This matter is before the Court upon Burke & Herbert Bank & Trust Company, successor by merger with Summit Community Bank's Motion for the Entry of an Agreed Supplemental Order appointing a receiver and granting the related relief (Doc. # 28) and Magistrate Judge Edward B. Atkins' Report and Recommendation (R&R) wherein he recommends that motion be granted. No objections having been filed, and the Court finding the R&R to be sound in all respects, **IT IS HEREBY ORDERED:**

(1) The Magistrate Judge's Report and Recommendation is hereby **ADOPTED** as and for the order of the Court;

(2) Burke & Herbert Bank & Trust Company, successor by merger with Summit Community Bank's Motion for the Entry of an Agreed Supplemental Order appointing a receiver and granting the related relief (Doc. # 28) is **GRANTED**; and the Agreed Supplemental Order attached thereto (Doc. # 28-1) be **DEEMED FILED OF RECORD** as of the date of entry of this Order; and

(3) The Agreed Supplemental Order shall be deemed as a supplement to the Court's Order of March 27, 2026 (Doc. # 21).

This 5th day of October, 2026.

**Signed By:**
***David L. Bunning***
**Chief United States District Judge**

G:\Judge-DLB\DATA\ORDERS\Ashland Civil\2026\26-32 Order adopting R&R DE 28.docx